IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON LETCHER,

    Plaintiff,

  v.

CITY & COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 05-03772 JSW

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

The Court has received Plaintiff's Miscellaneous Administrative Request to Be Relieved of Court's Case Management Order and to Compel Site Inspection, and Defendant San Francisco Symphony's Opposition thereto. No other defendant in this action has filed an opposition to Plaintiff's request.

Having reviewed the request and the opposition, the Court HEREBY ORDERS that all parties appear for a case management conference on Friday, April 28, 2006 at 1:30 p.m. to address Plaintiff's request. The parties need not file a case management conference statement prior to that conference.

**IT IS SO ORDERED.**

Dated: April 18, 2006

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE