IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON LETCHER,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　Defendants.<br>_____/ | No. C 05-03772 JSW<br><br>**ORDER OF REFERRAL** |

Pursuant to the Court's minute order of April 28, 2006, pursuant to Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for purposes of discovery and addressing deadlines associated with General Order 56.

**IT IS SO ORDERED.**

Dated: May 1, 2006

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: Wings Hom