UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARON LETCHER | ) | |
| Plaintiff(s), | ) | No. C05-3772 JSW (BZ) |
| v. | ) | **NOTICE OF RECUSAL** |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | ) | |
| Defendant(s). | ) | |

I hereby recuse myself in the above action.

Dated: July 7, 2006

*(signed)* Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\LETCHER\RECUSAL.ORD.wpd

1