IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON LETCHER,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY & COUNTY OF SAN FRANCISCO, ET AL,<br><br>        Defendants. _____/ | No. C-05-03772 JSW (EDL)<br><br>**ORDER** |

This Court has been asked to manage the parties' discovery disputes with respect to General Order 56. First, Plaintiff's declaration does not comply with the requirements set forth by the District Court Judge. During an April 28, 2006 hearing, the District Court Judge specifically ordered Plaintiff to submit two declarations, one based on the "collective knowledge" of Plaintiff's attorneys and experts, and another declaration by Plaintiff herself which was to describe "the areas that she's aware of, personally, and personally encountered." See Docket 41, Ex. 1; see also Docket No. 31 (ordering "[d]eclaration from plaintiff specifying in detail the areas plaintiff is personally aware, encountered, or denied access"). Plaintiff's declaration nonetheless references knowledge she has acquired from others. For example, Plaintiff declares that "[b]ased on my past visits to Davies Symphony Hall, *as well as what I have learned from our access consultant Barry Atwood . . . and from my attorneys Paul Rein and Patricia Barbosa*, I am concerned about the following areas and barriers to access which may cause me difficulties at the time of a future visit." Docket No. 36 ¶ 3 (emphasis added). Accordingly, the Court orders Plaintiff to file a revised declaration within seven calendar days of the date of this Order, which identifies only those areas of which Plaintiff is

personally aware or has personally encountered.

Second, the Court orders the parties to file a joint statement setting forth the parties' agreements and disputes as to the scope of Plaintiff's inspections, in light of Judge White's comments during the April 28, 2006 hearing. This joint statement shall not exceed five pages in length and shall be filed within fourteen days of the date of this Order.

**IT IS SO ORDERED.**

Dated: August 3, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge