IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON LETCHER,

    Plaintiff,

  v.

CITY & COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

                                      /

No. C 05-03772 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

       This action was filed on September 19, 2005, and has proceeded under General Order number 56. There have been numerous mediation sessions. However, the matter has not yet been resolved.

       Accordingly, the Court HEREBY ORDERS the parties to submit a joint status report addressing the status of the litigation and how the parties expect to proceed. The parties joint status report shall be filed by no later than August 8, 2008.

       **IT IS SO ORDERED.**

Dated: July 24, 2008

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE