SEYFARTH SHAW LLP
Samuel T. McAdam (SBN 186084)
Kristina M. Launey (SBN 221335)
400 Capitol Mall Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839
Email: smcadam@seyfarth.com
klauney@seyfarth.com

Attorneys for Defendant
SAN FRANCISCO SYMPHONY

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON LETCHER,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO;
BOARD OF TRUSTEES SAN FRANCISCO
WAR MEMORIAL; SAN FRANCISCO
PERFORMANCES, INC.; SAN FRANCISCO
SYMPHONY; and DOES 1-25, inclusive

    Defendants.

Case No. C05-03772 JSW

**STIPULATION FOR DISMISSAL WITH PREJUDICE;** [PROPOSED] **ORDER**

(FED. R. CIV. P., Rule 41(a))

    Plaintiff SHARON LETCHER ("Plaintiff") and defendants CITY AND COUNTY OF SAN FRANCISCO; BOARD OF TRUSTEES SAN FRANCISCO WAR MEMORIAL; and SAN FRANCISCO SYMPHONY ("Defendants"), have reached a resolution of this case. Plaintiff agrees to dismiss this action in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a).

    The parties seek the Court's approval of the dismissal of this action with prejudice, through the order below.

1

STIPULATION FOR DISMISSAL C05-03772 JSW

SC1 17097523.21

| | | |
|---|---|---|
| 1 | DATED: September 30, 2008 | LAW OFFICES OF PAUL L. REIN |
| 2 | | |
| 3 | | BY /s/ Paul L. Rein |
| 4 | | Paul L. Rein |
| 5 | | Attorneys for Plaintiff<br>SHARON LETCHER |
| 6 | DATED: September 24, 2008 | SEYFARTH SHAW LLP |
| 7 | | |
| 8 | | By /s/ Kristina M. Launey |
| 9 | | Kristina M. Launey<br>Attorneys for Defendant<br>SAN FRANCISCO SYMPHONY |
| 10 | DATED: September 24, 2008 | SAN FRANCISCO CITY ATTORNEY |
| 11 | | |
| 12 | | By /s/ David Ammons |
| 13 | | David Ammons |
| 14 | | Attorneys for Defendant<br>CITY & COUNTY OF SAN FRANCISCO |

**IT IS SO ORDERED.**

Dated: September 30, 2008

/s/ Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

---

2
STIPULATION FOR DISMISSAL C05-03772 JSW
SC1 17097523.1